

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-21-00509-CV

**BEXAR APPRAISAL DISTRICT,**
Appellants

v.

**LUCIFER LIGHTING COMPANY,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-09696
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On October 8, 2021, the trial court signed an order denying appellant Bexar Appraisal District's plea to the jurisdiction. An appeal from an interlocutory order that denies a plea to the jurisdiction is an accelerated appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(8); TEX. R. APP. P. 28.1(a). Therefore, appellant's notice of appeal was due within twenty days after the order was signed, which was October 28, 2021. *See* TEX. R. APP. P. 26.1(b), 28.1(b). However, appellant did not file its notice of appeal until November 15, 2021. On that same date, appellant filed in the trial court a Rule 306a Motion to Extend Appellate Timetables. On January 11, 2022, the trial court denied appellant's Rule 306a Motion to Extend Appellate Timetables.

After this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction, appellant filed in this court a Motion to Show Cause in which it argued the trial court erred by denying its Rule 306a motion. We ORDER the Motion to Show Cause CARRIED WITH THE APPEAL.

Appellant's pending motions requesting an extension of time to file its brief are GRANTED. Appellant's brief is due **no later than May 12, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2022.



MICHAEL A. CRUZ, Clerk of Court